**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 12-52279 |
| | : | |
| Cheri R. Johnson | : | Chapter 13 |
| fka Cheri R. Howard, | : | |
| | : | Judge C. Kathryn Preston |
| Debtor. | : | |

## NOTICE OF FILING OF AMENDMENTS TO SCHEDULE I AND SCHEDULE J

Cheri R. Johnson, fka Cheri R. Howard, (the "Debtor") provides notice of the filing of the attached Amended Schedule I and Amended Schedule J.

The Debtor states that the information contained in this Notice and in the attached Amended Schedule I and Amended Schedule J is true and accurate to the best of her knowledge and belief under the penalty of perjury.


Dated: April 28, 2015                                /s/ Cheri R. Johnson
                                                                 Cheri R. Johnson

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice and the Amended Schedules I and J were served upon the following parties on April 29, 2015.

/s/ David M. Whittaker
David M. Whittaker, Esq. (0019307)
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215
Phone: (614) 227-2355
Fax: (614) 227-2390
Email: dwhittaker@bricker.com
*Attorney for Debtor Cheri R. Johnson*

The following party was served by ECF electronic service at the email address registered with the Court.

U.S. Trustee

The following party was served by ECF electronic service at the email address registered with the Court and by U.S. Mail at the address indicated.

Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

**B6I (Official Form 6I) (12/07)**

In re **Cheri R. Johnson**                                               Case No. **2:12-bk-52279**
                                         Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son / Daughter** | AGE(S): **19 / 23** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Support Worker** | |
| Name of Employer | **Franklin County Childrens Services** | **Not Employed** |
| How long employed | **17 years** | |
| Address of Employer | **855 West Mound Street** **Columbus, OH 43223** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **3,045.46** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **3,045.46** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **294.00** | $ **0.00** |
|     b. Insurance | $ **64.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify):  **PERS** | $ **106.00** | $ **0.00** |
|                   **Deferred Compensation** | $ **54.16** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **518.16** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,527.30** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
|   | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
|   | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,527.30** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **2,527.30** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **The Debtor's Spouse is receiving unemployment compensation benefits that will terminate within the next 12 months**

B6J (Official Form 6J) (12/07)

| In re | **Cheri R. Johnson** | Case No. | **2:12-bk-52279** |
|---|---|---|---|
| | Debtor(s) | | |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___ No **X** | |
| b. Is property insurance included? | Yes ___ No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 180.00 |
| b. Water and sewer | | $ 75.00 |
| c. Telephone | | $ 60.00 |
| d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 450.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 120.00 |
| 7. Medical and dental expenses | | $ 90.00 |
| 8. Transportation (not including car payments) | | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 75.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 196.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 175.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Real Property Taxes** | | $ 174.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 560.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,955.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**None anticipated**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 2,527.30 |
| b. | Average monthly expenses from Line 18 above | $ 2,955.00 |
| c. | Monthly net income (a. minus b.) | $ -427.70 |

**B6J (Official Form 6J) (12/07)**

In re    **Cheri R. Johnson**                                             Case No.   **2:12-bk-52279**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Expenditures:**

| | |
|---|---:|
| **Personal Care/Toiletries** | $ **10.00** |
| **Assist with childrens' tuition and living expenses** | $ **350.00** |
| **Separate debts of Debtor's Spouse** | $ **200.00** |
| **Total Other Expenditures** | $ **560.00** |